UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON HORNER and ANN MARIE HUDSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>Little Caesar Enterprises, Inc., Phoenix Nexus Limited Liability Company, Main St LC LLC, Salina St SY LC LLC, Onondaga Blvd SY LC LLC, Manlius St SY LC LLC, Wolf St SY LC LLC, Bartell Rd SY LC LLC, Second St SY LC LLC, State RT SY LC LLC, North ST SY LC LLC, Seventh ST SY LC LLC, Central Ave SY LC LLC, Oswego RD SY LC LLC, Main St SY LC LLC, and ABC CORPORATIONS 1-100.<br><br>                              Defendants. | No. 5:22-cv-1324-AJB-TWD<br><br>**PUBLICATION ORDER** |

**WHEREAS**, the Court granted in part Plaintiffs' application by Order dated May 15, 2025; and

**WHEREAS**, the Court having considered the proposed Notice of Lawsuit ("Notice of Lawsuit") and Consent to Join Lawsuit Form ("Consent to Join Form") (Dkt. No. 143) ; and

**WHEREAS**, the Court finding that there exist substantial and sufficient grounds for entering this Order;

**IT IS HEREBY ORDERED** that:

1.   On or before thirty (30) days after entry of this Order, the Plaintiffs or their designated representatives shall cause a copy of the Notice of Lawsuit and Consent to Join Form to be issued by text message, e-mail, and/or first class mail to:

> All current and former managers employed by Defendants in the state of New York and classified as exempt at any time between December 9, 2019 through the date of trial.[1]

---

[1] Defendants are defined as Phoenix Nexus Limited Liability Company, Main St LC LLC, Manlius St SY LC LLC, Onondaga Blvd SY LC LLC, Salina St SY LC LLC, Wolf St SY LC LLC, Bartell Rd SY LC LLC, Second St SY LC LLC, State Rt SY LC LLC, North St SY LC LLC, Seventh St SY LC LLC, Central Ave SY LC LLC, and

2.  The Court approves the form of the Notice of Lawsuit and Consent to Join Form, and finds that the publication of such Notice of Lawsuit and Consent Form substantially in the manner and form set forth in paragraph 1 of this Order will constitute the best notice practicable under the circumstances to members of the collective.

3.  The Court approves Plaintiffs' request that putative collective members be given the option to execute their consent forms on-line through an electronic signature service.

4.  Within 15 days after entry of this Order, Defendant shall furnish to Plaintiffs' counsel with a list containing the names, addresses, e-mail address, telephone/cell phone numbers, and dates of employment of all members of the conditionally certified collective. This information is to be furnished in electronic form and shall be treated by the parties as confidential.

SO ORDERED.

Dated: Utica, New York
June 17, 2025

Anthony J. Brindisi
U.S. District Judge

---

Oswego Rd SY LC LLC.