UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON HORNER and ANN MARIE HUDSON, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Little Caesar Enterprises, Inc., Phoenix Nexus Limited Liability Company, Main St LC LLC, Salina St SY LC LLC, Onondaga Blvd SY LC LLC, Manlius St SY LC LLC, Wolf St SY LC LLC, and ABC CORPORATIONS 1-100,<br><br>                                        Defendants. | No. 5:22-cv-1324-AJB-TWD |

### AMENDED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND PROPOSAL TO IMPLEMENT THE CLASS ACTION SETTLEMENT PROCEDURE

The above-entitled matter came before the Court on Plaintiffs' Motion for Preliminary Approval of Settlement, and Approval of Plaintiffs' Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval").

**IT IS ORDERED AND ADJUDGED THAT:**

1. The Court certifies the Settlement Class for settlement purposes;

2. Plaintiffs' Motion for Preliminary Approval is granted;

3. The Court finds that the releases contemplated in the Settlement Agreement and Release are fair, reasonable, and enforceable under the New York Civil Practice Law and Rule §§ 907, 908, and 909, the Fair Labor Standards Act, the New York Labor Law, the New York State Department of Labor Regulations, and other applicable laws;

4. As set forth below, that the Court: (a) grants preliminary approval of the settlement, (b) approves distribution of the proposed notice and claim form, and (c) implements

1

the schedule proposed by the parties for effectuating the other terms of the proposed settlement.

## I.    Preliminary Approval of Settlement

5.   Based upon the Court's review of the Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, the Declaration of Michele A. Moreno ("Moreno Declaration"), and other papers submitted in connection with Plaintiffs' Motion for Preliminary Approval, the Court grants preliminary approval of the settlement memorialized in the Settlement Agreement, annexed to the Moreno Decl. as Exhibit A.

6.   The Court concludes that notice to the Class is appropriate.

7.   The Court finds that the Settlement Agreement is the result of extensive, arm's length negotiations.

8.   The assistance of Mediators Michael J. Sciotti and Ruth D. Raisfeld reinforces that the Settlement Agreement is non-collusive.

## II.   Class Notice

9.   The Court approves the Proposed Notice of Settlement of Class Action Lawsuit and Fairness Hearing ("Notice"), and the Claim Form annexed to the Moreno Decl. as Exhibits B and C, and directs its distribution to the Class.

10.  The Notice approved by this Court in the Preliminary Approval Order to Class Members constituted the best notice practicable under the circumstances, was accomplished in all material respects, and fully met the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, the United States Constitution and any other applicable law.

11.  The Notice satisfies each of these requirements and adequately puts class members on notice of the proposed settlement.

## III.  Class Action Settlement Procedure

12.  The Court hereby sets the following settlement procedure:

| | |
|---|---|
| February 16, 2026 | Defendants' Counsel will provide Class Counsel and the Settlement Administrator with the Class List |
| February 23, 2026 | Mailing of Class Notice. |
| April 24, 2026 | Last day for Class Members to "opt out" of the Settlement or to submit written objections to the Settlement ("Bar Date"). |
| April 24, 2026 | Last day for Class Members to qualify as an Authorized Claimant by filing claim forms to join Settlement ("Bar Date"). |
| May 8, 2026 | Class Counsel shall submit Motion for Final Approval. |
| **May 14, 2026 at 10:00 AM**<br><br>At the courthouse located at 10 Broad Street, Utica, NY 13501 | Final Fairness Hearing.<br><br>(Without additional notice to Class Members, the Court may, in its discretion, cancel or adjourn the Fairness Hearing, or change the Fairness Hearing from in-person to remote) |

IT IS SO ORDERED:

_____
Anthony J. Brindisi
U.S. District Judge

Dated: February 10, 2026
Utica, NY

3